UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF ILLINOIS

Western Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:   14-80017 |
| GERALDINE M. HERRICK | ) | |
| | ) | Chapter:  13 |
| | ) | Honorable Thomas M. Lynch |
| | ) | |
| | ) | |
| Debtor(s) ) | | |

### ORDER OF DISMISSAL WITH 180 DAY BAR TO REFILING

THIS MATTER coming before the Court on the Motion to Dismiss with a Bar to Refiling a Chapter 13 filed 1/30/2014 by Lydia S. Meyer, the standing Trustee for the Northern District of Illinois, Western Division and the Court being fully advised in the premises;

IT IS HEREBY ORDERED that this case be and the same is hereby dismissed with a 180 Day Bar to Refiling a Chapter 13.

Enter:

Honorable Thomas M. Lynch
United States Bankruptcy Judge

Dated:  March 07, 2014

**Prepared by:**

LYDIA S. MEYER, Trustee
PO Box 14127
Rockford, IL  61105-4127
Phone:  815-968-5354
Fax:  815-968-5368